# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-021-600**

**Effective Date of Registration:**
June 29, 2016

## Title

　　　　　Title of Work:　MILLERTINYHOUSE-048-EDIT

## Completion/Publication

　　　　Year of Completion:　2013
　　Date of 1st Publication:　June 16, 2014
　Nation of 1st Publication:　United States

## Author

- 　　　　　　　Author:　Marc S. Walters
　　　　Author Created:　photograph
　　Work made for hire:　No
　　　　　　　Citizen of:　United States
　　　　　Domiciled in:　United States
　　　　　　Year Born:　1950

## Copyright Claimant

　　Copyright Claimant:　Macy Miller
　　　　　　　　　　　　1824 W. Dainty Lane, Meridian, ID, 83642, United States
　　Transfer statement:　By written agreement

## Rights and Permissions

　　Organization Name:　Shaver & Swanson, LLP
　　　　　　　　Name:　Scott D. Swanson
　　　　　　　　Email:　swanson@shaverswanson.com
　　　　　　　Address:　P.O. Box 877
　　　　　　　　　　　　Boise, ID 83701 United States

## Certification

　　　　　　　　Name:　Scott D. Swanson
　　　　　　　　Date:　June 29, 2016

**Applicant's Tracking Number:**   MACM501