# EXHIBIT C











free government program and there's absolutely NO COST to see if you are eligible. **Instantly find out if you are eligible >>**

The government is making a final push and urging homeowners to take advantage of HARP before the program ends in 2016. If lowering your payments and shaving years off your mortgage would help you, it's vital that you act now. We were surprised that you may even take some cash out of your home to help you with bills, renovations, your child's education, a vacation, or to start saving for retirement.

## The "Once In A Lifetime Mortgage Bailout"

The Fed wants the banks to cut your mortgage rate to put more money in your pocket so you can go out and spend, therefore boosting the economy. Here is the issue, the banks are hoarding money so tightly that Janet Yellen, the Fed chairwoman, may even investigate charging the banks for **not lending you money.**[4]

## How Does This Benefit You?

- The average savings is $291 per month.[2] That's enough to buy a brand new car![5]
- Homeowners could shave years off their mortgage and save monthly.
- Homeowners can even take cash out for home improvements, paying off debt, or paying for their children's education.

The average person seems to miss out on money saving opportunities, but not this time; MorningFinance has your back.

## Where Do I Start?

With many mortgage lenders and brokers available, it can take consumers hours to simply contact each one separately and request a quote. The good news is there are services that could help you save time and money by comparing multiple lenders at once. One such service is **LendingTree**, which has one of the biggest lender networks in the nation and what's better is that they work with HARP lenders to provide consumers with a comprehensive set of mortgage options.

There's no obligation to homeowners, and **LendingTree** offers easy and fast comparisons you could even do on your cell phone. It takes about three minutes, and the service is 100% free.



they work with HARP lenders to provide consumers with a comprehensive set of mortgage options.

There's no obligation to homeowners, and **Lending Tree** offers easy and fast comparisons you could even do on your cell phone. It takes about three minutes, and the service is 100% free.

### Here's How You Do It:

**Step 1:** Get started by clicking the map below.

**Step 2:** Once you go through a few questions, you will have the opportunity to compare the quotes from multiple lenders!



FREE Payment Estimate »

