# EXHIBIT D





Jennifer Lawrence 'Would Love' to Do More 'X-Men' Films
TheWrap

'Girls' Alum Jake Lacy Joins Upcoming...
TheWrap

Victoria's Secret Discontinues Catalogs, Swimwear Line
TheWrap

TheWrap
View the Full Site

**MORE FOR YOU**

Promoted Links by Taboola



Homeowners With No Missed Mortgage Payments in 3 Years Sho...
LendGo



You're In For A Big Surprise in 2016 If You Own A Home in Idaho
Morning Finance | LendingTree Quotes



What Does Your Last Name Say About You?
Ancestry

**YOU MAY LIKE**



